UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

**In re:**                                     **Case No.: 14-23838-BKC-PGH**
                                                 **Chapter 11 proceeding**

**ROMERO, CARLOS ROBERT,**

      **Debtor.**
_____/

## NOTICE OF APPEARANCE AND REQUEST
## FOR BANKRUPTCY NOTICE

The Creditors, **Morgan Stanley Smith Barney, LLC, and Morgan Stanley Smith Barney FA Notes Holdings, LLC**, by and through their undersigned counsel, hereby files this Notice of Appearance and Request for Bankruptcy Notice and states:

1. Pursuant to Bankruptcy Rule 2002, the creditors listed above request that all notices, pleadings, motions, disclosure statements and/or plans of reorganization, schedules, amendments thereto, and other papers required to be served on creditors, debtors, trustees or other interested parties (whether served by the Court or any other party) be served on the undersigned; and further, that the undersigned be added to the Court's master mailing list.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was furnished by CM/ECF on the 28th day of July 2014 to:

Vivian J Elliott on behalf of Creditor JPMorgan Chase Bank, National Association
velliott@logs.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Kenneth S Rappaport, Esq on behalf of Debtor Carlos Robert Romero
rappaport@kennethrappaportlawoffice.com

and to all creditors on the attached matrix on the 28th day of July 2014.

                                        BRETT A. ELAM, P.A.
                                      *Attorney for Creditors*
                                      105 S. Narcissus Avenue
                                      Suite 802
                                      West Palm Beach, FL 33401
                                      (561) 833-1113 (telephone)
                                      (561) 833-1115 (facsimile)

                                By: /s/ Brett A. Elam
                                      BRETT A. ELAM
                                      Florida Bar No. 576808