UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 14-23838-BKC-PGH
CHAPTER 7

CARLOS ROBERT ROMERO

Debtor.

_____/

## MOTION TO CONVERT CASE TO CHAPTER 7

Debtor, CARLOS ROBERT ROMERO, by and through undersigned counsel, pursuant to 11 U.S.C. §1112(a), Bankruptcy Rule 1017(f)(2), Local Rules 1017-1(A) and 9013-1(c)(12), moves this Court for an Order converting this case to Chapter 7, and shows:

1. Debtor filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code on June 17, 2014. As such, this case was not originally commenced as an involuntary case and it was not converted from a case under any chapter of Title 11 of the United States Code.

2. A trustee has not been appointed herein and the Debtor remains in possession of its property.

3. It is unlikely that the Debtor will be able to propose a confirmable plan. Therefore, the Debtor desires to convert this case to a case under Chapter 7. The Debtor is eligible to be a debtor under Chapter 7. Under 11 U.S.C. § 1112(a) a debtor has an absolute right to convert a case under chapter 11 to a case under chapter 7. See *In re Marill Alarm Systems, Inc.*, 100 B.R. 606, 606 (Bankr.S.D.Fla., June 1989).

WHEREFORE, Debtor prays for an order converting this case to a case under Chapter 7 and for relief under said Chapter 7.

Dated this 13th day of February, 2015.

By: _____
CARLOS R. ROMERO

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by regular mail or electronically where available to all those enumerated on the attached this 13th day of February, 2015.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2091-1(A).

> RAPPAPORT OSBORNE & RAPPAPORT, PL
> Attorneys for Debtor in Possession
> Suite 203, Squires Building
> 1300 North Federal Highway
> Boca Raton, Florida 33432
> Telephone: (561) 368-2200
>
> BY: /s/ _____
> KENNETH S. RAPPAPORT, ESQ.
> FL Bar No. 132333

Service List

- Frederic J Dispigna    frederic.dispigna@brockandscott.com, flbkecf@brockandscott.com

- Brett A Elam    belam@brettelamlaw.com, info@brettelamlaw.com;deanna@brettelamlaw.com;brettelamlaw@gmail.com;elise@adamfarberlaw.com;josi@adamfarberlaw.com

- Vivian J Elliott    velliott@logs.com

- Tarek K Kiem    rappaport@kennethrappaportlawoffice.com, tarek@kennethrappaportlawoffice.com;tarek.kiem@gmail.com

- Gerard M Kouri Jr.    gmkouripaecf@gmail.com, gmkouri@bellsouth.net

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

- Kenneth S Rappaport    rappaport@kennethrappaportlawoffice.com

and all creditors on the attached mailing matrix

```
Label Matrix for local noticing        CitiMortgage, Inc                      Morgan Stanley Smith Barney FA Notes Holding
113C-9                                  Brock & Scott, PLLC                    c/o Brett A. Elam, Esq.
Case 14-23838-PGH                       c/o Frederic J. DiSpigna, Esq.         105 S. Narcissus Avenue
Southern District of Florida            1501 NW 49th Street, Suite 200         Suite 802
West Palm Beach                         Fort Lauderdale, FL 33309-3723         West Palm Beaach, FL 33401-5530
Thu Feb 12 16:08:32 EST 2015

Morgan Stanley Smith Barney, LLC        Wells Fargo Bank N.A.                  American Express
c/o Brett A. Elam, Esq.                 c/o Gerard M. Kouri, Jr., Esq.         POB 650448
105 S. Narcissus Avenue                 5311 King Arthur Avenue                Dallas, TX 75265-0448
Suite 802                               Davie, FL 33331-3340
West Palm Beaach, FL 33401-5530

American Express Bank FSB               (p)AMERICAN HONDA FINANCE              Ascent Medical Group
c/o Becket and Lee LLP                  P O BOX 168088                         406 SW 12 Ave
POB 3001                                IRVING TX 75016-8088                   Deerfield Beach, FL 33442-3108
Malvern PA 19355-0701


Bank of America                         Chase                                  (p)CITIBANK
POB 851001                              POB 9001871                            PO BOX 6030
Dallas, TX 75285-1001                   Louisville, KY 40290-1871              SIOUX FALLS SD 57117-6030


Citibank, N.A.                          City of Boca Raton                     Complete Urgent Healthcare
P.O. Box 6030                           POB 402062                             POB 864719
Sioux Falls, SD 57117-6030              Atlanta, GA 30384-2062                 Orlando, FL 32886-4719


Computer Credit Inc                     Delray Medical Center                  Family Behavioral Center
Claim Dept 016266                       POB 741211                             5850 W Atlantic Ave #101
640 W Fourth St                         Atlanta, GA 30374-1211                 Delray Beach, FL 33484-8427
POB 5238
Winston Salem, NC 27113-5238

Glen Oaks POA                           Gulf Coast Collection                  (p)CITIBANK
c/o HAAG Management & Realty            POB 21239                              PO BOX 790034
2295 Corporate Blvd NW #138             Sarasota, FL 34276-4239                ST LOUIS MO 63179-0034
Boca Raton, FL 33431-7376


IRS                                     JPMorgan Chase Bank, N.A.              KWB
POB 7346                                c/o Kevin L. Hing                      1899 Eider Ct
Philadelphia, PA 19101-7346             Shapiro, Fishman & Gach, LLP           Tallahassee, FL 32308-4537
                                        4630 Woodland Corporate Boulevard
                                        Suite 100
                                        Tampa, FL 33614-2429

Labcorp                                 Marriot Rewards                        Marriott Vacation Club
POB 2240                                POB 15153                              POB 382056
Burlington, NC 27216-2240               Wilmington, DE 19886-5153              Pittsburgh, PA 15250-0001



Millennium                              Morgan Stanley Smith Barney LLC        Morgan Stanley Smith Barney LLC & MSSB
POB 8444468                             Morgan Stanley Smith Barney FA Notes   Glenn P. Berger
Dallas, TX 75284-0001                   Holdings, LLC                          Jaffe & Asher LLP
                                        c/o Debbie Evans, One Beacon St 2 FL   600 Third Avenue
                                        Boston, MA 02108                       New York, NY 10016-1914
```

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Palm Beach County Tax Collector
POB 3715
West Palm Beach, FL 33402-3715

Paragon Contracting
c/o HRRG
POB 459080
Fort Lauderdale, FL 33345-9080

Pediatric Dental Specialist
9291 Glades Rd #203
Boca Raton, FL 33434-3959

Ralph and Cynthia Romero
48 Holly Dr
Smithtown, NY 11787-4268

Sheridan Radiology
POB 452225
Fort Lauderdale, FL 33345-2225

Tallahassee Memorial
1309 Thomasville Rd
Tallahassee, FL 32303-5607

TruGreen
POB 78611
Phoenix, AZ 85062-8611

USAA
10750 McDermott Fwy
San Antonio, TX 78288-1600

USAA FEDERAL SAVINGS BANK
C O WEINSTEIN, PINSON AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

University of Miami Health
POB 741199
Atlanta, GA 30374-1199

Wells Fargo
POB 60510
Los Angeles, CA 90060-0510

Wells Fargo Advisors, LLC
Attn: Carolyn LaMar
FA Collections/H0004-131
One N Jefferson Ave
Saint Louis, MO 63103-2205

Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
St.Louis Park, MN 55426-4938

West Boca Emergency Physicians
POB 740022
Cincinnati, OH 45274-0022

West Boca Medical Center
POB 741249
Atlanta, GA 30374-1249

Carlos Robert Romero
2689 NW 49 St
Boca Raton, FL 33434-2573

Kenneth S Rappaport Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Tarek K Kiem
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

Citibank
POB 688923
Des Moines, IA 50368

Home Depot
POB 182676
Columbus, OH 43218

(d)Honda Financial Services
POB 105027
Atlanta, GA 30348

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JPMorgan Chase Bank, National Association | (u)West Palm Beach | End of Label Matrix |
| | | Mailable recipients    48 |
| | | Bypassed recipients     2 |
| | | Total                  50 |